UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ALBERT RUSSO
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on
**4/21/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

JAMES WYCKOFF

                                          Debtor(s)

Case No. 06-18597/RTL

Judge:  RAYMOND T LYONS JR

Chapter:  13

| Recommended Local Form: | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 4/21/2010**

*Raymond T. Lyons*
Honorable Judge Raymond T Lyons
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Certification of Default , and good cause having been shown, it is hereby

**ORDERED** as follows:

☐ case is dismissed.

☐ case is converted to a proceeding under Chapter 7.

☐ case is converted to a proceeding under Chapter 11.

☑ upon case dismissal or conversion, any funds held by the Chapter 13 Trustee from payments made on account of Debtor(s) Plan, shall be disbursed to creditors, except as follows:

(a)    $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)    $_____ to _____ (creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)    Other: _____

_____

_____

*Approved by Judge Raymond T. Lyons  April 21, 2010*

☐  case is allowed to continue under Chapter 13 upon the following terms and conditions:

☐  (a) $_____ paid to date plus payments to the Trustee in the amount of $_____ per month for an additional _____ months beginning _____;

☐  (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

☐  (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed;

☐  (d) Other (i.e. Counsel Fee Award or other relief to moving party)

_____

_____

_____

_____

*Approved by Judge Raymond T. Lyons  April 21, 2010*